UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL WILLIAMS

CIVIL ACTION

VERSUS

15-644-SDD-RLB

SYNGENTA CORPORATION, ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 3, 2016. Plaintiffs have filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS ORDERED** that the Plaintiff's *Motion to Remand*[4] be denied.

**IT IS FURTHER ORDERED** that PCS's *Motion to Strike*[5] be granted in part and denied in part, in that the materials at issue should only be considered for the limited purposes set forth in the Magistrate Judge's report and recommendation.

**IT IS FURTHER ORDERED** that PCS's *Motion to Dismiss*[6] be granted in part and denied in part, in that Plaintiff's claims against PCS be dismissed without prejudice.

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 49.
[3] Rec. Doc. 52.
[4] Rec. Doc. 24.
[5] Rec. Doc. 32.
[6] Rec. Doc. 20.

**IT IS FURTHER ORDERED** that, on or before February 22, 2016, Plaintiff shall file a motion for leave to amend, attaching a proposed amended pleading, or this matter as to PCS will be dismissed with prejudice.

Baton Rouge, Louisiana the 29 day of February, 2016.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA