# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MICHAEL WILLIAMS

VERSUS

SYNGENTA CORPORATION, ET AL.

CIVIL ACTION

15-644-SDD-RLB

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 20, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Leave to File First Amended Civil Action Complaint*[4] is denied without prejudice to refile for the purpose of seeking leave to substitute the named Plaintiff and to assert any additional claims and factual allegations against Defendants, Syngenta and/or Hagemeyer.

**IT IS FURTHER ORDERED** that the Motion is denied with prejudice for the purpose of any cause of action against PCS.

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 63.
[3] Rec. Doc. 66.
[4] Rec. Doc. 50.

**IT IS FURTHER ORDERED** that Plaintiff's claims against PCS, which were previously dismissed without prejudice, are hereby dismissed with prejudice.

Baton Rouge, Louisiana the 28 day of June, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA